IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACOB DANIEL SHELEY,<br>also known as, "Chili,"<br><br>Defendant. | Criminal No. 3:25-cr-040<br><br>**ENHANCEMENT INFORMATION AND NOTICE OF PRIOR CONVICTION** |

Pursuant to Title 21, United States Code, Section 851(a)(1), the government files the following information notifying Defendant, JACOB DANIEL SHELEY, also known as, "Chili," that he is subject to increased penalties by reason of one or more of the following convictions:

1. As is relevant to this Notice, JACOB DANIEL SHELEY, also known as, "Chili," is charged in Count 7 of the Superseding Indictment with Possession with Intent to Distribute a Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

2. A "felony drug offense," is defined in 21 U.S.C. § 802(44).

3. If JACOB DANIEL SHELEY, also known as, "Chili," is convicted of the offense charged in Count 7, the government will seek increased punishment pursuant to Title 21, United States Code, Section 841(b), based on the following convictions for a felony drug offense:

    a. On or about April 3, 2025, in case number FECR078195, in the Iowa District Court for Clinton County, JACOB DANIEL SHELEY, also

1

known as, "Chili," was convicted of Possession with Intent to Distribute Methamphetamine, in violation of Iowa Code § 124.401(1)(c)(6), a "Class C Felony," a felony drug offense.

b. On or about February 11, 2021, in case number SRCR079529, in the Iowa District Court for Clinton County, JACOB DANIEL SHELEY, also known as, "Chili," was convicted of Possession of a Controlled Substance, in violation of Iowa Code § 124.401(d), an "aggravated misdemeanor," a felony drug offense.

c. On or about March 3, 2025, in case number 20-CF-37, in the Illinois Circuit Court for Whiteside County, JACOB DANIEL SHELEY, also known as, "Chili," was convicted of Unlawful Possession of Methamphetamine, in violation of 720 ILCS 646/60(a), a "Class X felony," a felony drug offense.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  */s/ Brecklyn P. Carey*
Brecklyn P. Carey
Special Assistant United States Attorney
United States Courthouse
131 East Fourth Street, Suite 310
Davenport, Iowa 52801
Tel:  (563) 449-5432
Fax: (563) 449-5433
Email:  brecklyn.carey@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

 X    ECF/Electronic filing

UNITED STATES ATTORNEY

By: */s/ Joshua Kramer*
    Paralegal Specialist